UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL GUERRERO,<br>Plaintiff,<br>v.<br>SANTA RITA JAIL, et al.,<br>Defendants. | Case No. 23-cv-04159-VC<br><br>**ORDER OF DISMISSAL** |

The court ordered service of Guerrero's *pro se* civil rights complaint on July 9, 2025. Dkt. No. 19. Defendants filed a motion to compel Guerrero's discovery responses on February 13, 2026. Defendants served Guerrero with Interrogatories, Set One, and Requests for Production of Documents, Set One on October 28, 2025, and re-served them with a meet and confer letter on December 16, 2025. Guerrero had not responded to the discovery requests as of defendants' April 1, 2026 filing of a request for extension of time. Dkt. No. 27. He did not oppose the motion to compel, but filed a notice to the court complaining that his legal mail had been opened. Dkt. No. 28.

The court ordered Guerrero to respond to Interrogatories, Set One, and Requests for Production of Documents, Set One by June 12, 2026. Dkt. No. 30. The court warned Guerrero that failure to respond could result in the case being dismissed. Defendants informed the court on June 15, 2026 that Guerrero had failed to comply with the court's order, and requested that the case be dismissed for his failure to prosecute and to comply with the court's order. Guerrero has not responded, nor communicated with the court since March 30, 2026. *See* Dkt. No. 28.

The case is therefore dismissed with prejudice pursuant to Federal Rules of Civil

Procedure 37(b)(2)(A) and 41(b).

**IT IS SO ORDERED.**

Dated: July 28, 2026

VINCE CHHABRIA
United States District Judge